**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31104-H3-13 |
| | § | |
| CHERYL A. ALBERT | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**AMENDED CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT**

**NOTICE IS HEREBY GIVEN,** that on December 11, 2023, Midfirst Bank filed a Notice of Mortgage Payment Change (docket #68).  No party in interest filed a timely motion seeking review of the proposed adjustment. Therefore, pursuant to Paragraph 8 of the Chapter 13 plan, Trustee has adjusted the Chapter 13 plan payment as follows:

Effective with the December 30, 2023 payment, the Chapter 13 plan payment is decreased by the sum of $323.28, for a total payment of $1,922.66, and this decrease is effective to all subsequent plan payments, unless otherwise ordered by the Court.  Failure of Debtor to comply with this adjustment shall be grounds for dismissal of this case.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 13, 2023, either electronically or via U.S. First Class Mail.

| | | |
|---|---|---|
| United States Trustee | Debtor's Attorney: | Cheryl A. Albert |
| 515 Rusk Avenue | Fealy, Vicky | 11406 Sandstone Canyon Dr. |
| Suite 3516 | 1235 North Loop West #1005 | Humble, Tx  77396 |
| Houston, Tx  77002 | Houston, Tx  77008 | |

/s/ William E. Heitkamp
William E. Heitkamp, Trustee